# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

Adrienne Brooks, et al

**APPEARANCE**

2003 OCT 23  P 12: 24

v.

Viajes Flightline, S.L., et al     CASE NUMBER:  302CV2275 (WWE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  **Adrienne Brooks, Plaintiff**

_____
*Date*  10 - 8 - 03

Juris No. ct16466
_____
Connecticut Federal Bar Number

(904) 354-8310
_____
Telephone Number

(904) 358-6889
_____
Fax Number

rfspohrer@swmmlaw.com
_____
E-mail address

_____
*Signature*

Robert F. Spohrer, Esq.
_____
Print Clearly or Type Name

701 W. Adams Street
_____
Address

Jacksonville, FL 32204

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Diane Westwood Wilson, Esq.
Condon & Forsyth LLP
685 Third Avenue
New York, New York  10017
Attorney for Defendant Flightline

_____
*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm Jan.2001