RECEIVED
OCT 27 2003

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Andrienne Brooks, et al.

v.

Viajes Flightline, S.L., et al

APPEARANCE

FILED

2003 OCT 29 A 10: 06

CASE NUMBER: 302CV2275 (WWE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Adrienne Brooks, Plaintiff

October 13, 2003
**Date**

*Signature*

Juris No. ct25239
Connecticut Federal Bar Number

Edward M. Booth, Jr., Esq.
Print Clearly or Type Name

(904) 354-8310
Telephone Number

701 W. Adams Street
Address

(904) 358-6889
Fax Number

Jacksonville, FL   32204

embooth@swmmlaw.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Diane Westwood Wilson, Esq.
Condon & Forsyth LLP
685 Third Avenue
New York, New York   10017
Attorney for Defendant Flightline

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-----------------------------------------------x
:
Van Slyke :
:
vs. :Civil No.  3:02 cv 2274  (WWE)
     "    "  2275
     "    "  2276
Viajes Flightline :
:
-----------------------------------------------x

*This looks like an original*

*Its hard to tell but let's err on the side of the Attorney*

### ORDER RETURNING SUBMISSION

The Clerk has received your **Appearance** however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)      _ No certificate of service attached to pleading
                   _ Certificate of service fails to list names and addresses of all parties served
                   _ Certificate of service is not signed

2. _ L.R.5(d)      Failure to submit document under seal

3. ✔ L.R.10       ✔ Failure to sign pleading (original signature)
                   _ Failure to double space
                   _ Margin is not free of printed matter
                   _ Left hand margin is not one inch
                   _ Judge's initials do not appear after the case number
                   _ Docket number is missing
                   _ Failure to supply federal bar number
                   _ Holes not punched in document

4. _ L.R.68        Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other         ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date:_____                        _____
                                          United States District Judge

(TMS)                                                              rev. 1/1/03