UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------------------------

IN RE AIR CRASH NEAR CASTELLON,
SPAIN, ON OCTOBER 10, 2001

--------------------------------------------------------------

ADRIENNE BROOKS, Individually, on her
own behalf as surviving spouse of BILLY
DWAYNE BROOKS, as Administratrix of the
ESTATE OF BILLY DWAYNE BROOKS, and
on behalf of all interested beneficiaries,
including JOANN BROOKS and DAVID
BROOKS,

Plaintiffs,

v.

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL,
LTD., FLIGHTLINE INTERNATIONAL, S.L.,
foreign corporations, AFROSPANIA AIR LINK,
LTD., a foreign corporation, AFROSPANIA
LOGISTICS, INC., a Texas corporation, and
ROBERT LOVELESS,

Defendants.

--------------------------------------------------------------

MDL DOCKET NO. 1572

Hon. Warren W. Eginton
Hon. Holly B. Fitzsimmons

THIS DOCUMENT RELATES
**Case No. 3:02CV2275 (WWE)**

**NOTICE OF FILING ORDER
APPROVING WRONGFUL
DEATH SETTLEMENT**

PLEASE TAKE NOTICE that the attached is a copy of the Order Approving

Wrongful Death Settlement issued in the Circuit Court for the City of Norfolk, Virginia.

Dated:  November 22, 2004

CONDON & FORSYTH LLP

By _____
Diane Westwood Wilson
685 Third Avenue
New York, New York 10017
(212) 490-9100
Attorneys for Defendant FLIGHTLINE, S.L.,
improperly sued herein as VIAJES
FLIGHTLINE, S.L., FLIGHTLINE, LTD.,
FLIGHTLINE INTERNATIONAL, LTD.
and FLIGHTLINE INTERNATIONAL, S.L.

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF NORFOLK

IN THE MATTER OF:

ADRIENNE BROOKS, Individually, on
her own behalf and as surviving spouse of
BILLY DWAYNE BROOKS, as
Administratrix of the ESTATE OF BILLY
DWAYNE BROOKS, and on behalf of all interested
beneficiaries, including JOANN BROOKS and
DAVID BROOKS
  Petitioner

v.                AT LAW NO.: CL-04-1826

FLIGHTLINE, S.L., BUCANAIR, S.L., and MUSINI,
SOCIEDAD ANÓNIMA DE SEGUROS Y REASEGUROS,
  Respondents.

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT

On this day, it appearing to the Court that:

1) all parties interested and required by law to be convened have been convened;

2) BILLY DWAYNE BROOKS died on or about October 10, 2001 in a plane crash while a passenger aboard an passenger aircraft;

3) Petitioner qualified as Administrator of the Estate of BILLY DWAYNE BROOKS, in the Circuit Court for the City of Virginia Beach;

4) an action is presently pending in the United States District Court in Connecticut under the style of ADRIENNE BROOKS, Individually, on her own behalf and as surviving spouse of BILLY DWAYNE BROOKS, as Administratrix of the ESTATE OF BILLY DWAYNE BROOKS, and on behalf of all interested beneficiaries, including JOANN BROOKS and DAVID BROOKS v. VIAJES FLIGHTLINE, S.L., FLIGHTLINE, LTD., FLIGHTLINE INTERNATIONAL, LTD., FLIGHTLINE INTERNATIONAL, S.L., foreign corporations AFROSPANIA AIR LINK, LTD., a foreign corporation, AFROSPANIA LOGISTICS, INC., a

Texas corporation, and ROBERT LOVELESS docket number 302CV2275JBA; and that

FLIGHTLINE, S.L., BUCANAIR, S.L., and MUSINI, SOCIEDAD ANÓNIMA DE SEGUROS Y

REASEGUROS are the remaining defendants;

5)    Petitioner alleges that the Decedent died as a result of the negligence, carelessness

and recklessness of all of these Defendants, allegations which these Defendants vigorously deny;

6)    Respondents have agreed to settle, compromise and release the Petitioner's claims in

the underlying litigation in exchange for the payment by the Respondents of the sum of Seven

Hundred Thousand Dollars ($700,000.00), to be applied and distributed as herein requested,

however they elect not to endorse this Order;

7)    Decedent left surviving the following, Adrienne Brooks, surviving spouse, David

Marlin Brooks, son, and JoAnn Miriam Brooks, daughter, all of whom are over the age of 18 years.

8)    Petitioner has requested that the Court approve this compromise.

And the Court having heard the evidence and being of the opinion that the total compromise

offer of Seven Hundred Thousand and 00/100 Dollars ($700,000.00) as damages is fair and

reasonable and should be accepted, the Court does hereby ORDER AND ADJUDGE that said

compromise be and the same hereby is effected in the above sum to be paid in accordance with the

terms set forth herein and to be held prior to disbursement in the escrow account of Spohrer Wilner

Maxwell & Matthews, P.A.

It appearing that Riscassi and Davis, P.C., Spohrer Wilner Maxwell & Matthews, P.A.,

*FORMERLY NAMED*

Harlan & Flora, Inc. (~~Successor to~~ Harlan & Flora, P.C.) and Epstein, Sandler & Flora, P.C. are

entitled to a reasonable fee for services rendered herein as attorneys for Plaintiff/Petitioner, and the

Court being of the opinion that the sum of Two Hundred Thirty One Thousand and 00/100 Dollars

($231,000.00) is a reasonable fee for such services, the Court ORDERS that the law firm of Riscassi

and Davis, P.C., ~~and the law firm of Spohrer Wilner Maxwell & Matthews, P.A.~~, be paid their

respective fees (4%) ~~and 48%~~ immediately out of this sum out for services rendered. The Court

further ORDERS the law firm of Spohrer Wilner Maxwell & Matthews, P.A. to hold in ~~its escrow~~ *AN INTEREST BEARING*

account attorneys' fees ~~(48%)~~ payable to Harlan & Flora, Inc. and Epstein, Sandler & Flora, P.C. [*the balance of the*] [*the Spohrer firm,*]

until such time as either agreement has been reached or the Court has made a determination of the

extent and nature of the asserted lien for attorneys' fee due Harlan & Flora, Inc.

It appearing that *COUNSEL* ~~Riseassi and Davis, P.C., Spohrer Wilner Maxwell & Matthews, P.A.,~~ *FORMERLY NAMED*

~~Harlan & Flora, Inc. (Successor to Harlan & Flora, P.C.) and Epstein, Sandler & Flora, P.C.~~ have

incurred costs in the prosecution of the lawsuit referenced in paragraph 4 and the Court being of the

opinion that the sum of Twenty Seven Thousand Four Hundred Fifty Six and 08/100 Dollars

($27,456.08) is a reasonable amount for such incurred costs, the Court ORDERS that these law

firms be paid this sum out of the settlement for costs incurred.

The Court ORDERS that the balance of said settlement of Four Hundred Forty One

Thousand Five Hundred Forty Three and 92/100 Dollars ($441,543.92) be distributed immediately

as follows:

Adrienne Brooks, surviving spouse ................................... $220,771.96

David M. Brooks, son, ..................................................... $110,385.98

JoAnn M. Brooks, daughter, ............................................. $110,385.98

This ORDER may be executed in counterparts (duplicate originals), each of which shall be deemed to be an original when executed and delivered, and all of which shall be deemed to be one instrument.

~~All matters in controversy having been settled, the Court directs the Clerk to file the papers in this matter among the ended causes.~~

ENTERED this 25 day of October 2004.

_____
Judge
John C. Morrison, Jr., Judge

**WE ASK FOR THIS:**

_____
Adrienne Brooks, Individually, on her own behalf and as
surviving spouse of BILLY DWAYNE BROOKS,
and as Administratrix of the ESTATE OF BILLY DWAYNE BROOKS

COPY TESTE:
GEORGE E. SCHAEFER, CLERK
NORFOLK CIRCUIT COURT
BY_____
Maurio Anderson, Deputy Clerk
Authorized to sign on behalf
of George E. Schaefer
Date:_____

Page 4 of 5

JOANN BROOKS
Daughter of BILLY DWAYNE BROOKS, deceased
814 NW 31st Street, Apt. C
Oklahoma City, OK 73118
405/503-5965


DAVID BROOKS
Son of BILLY DWAYNE BROOKS, deceased.
7600 Penn Avenue, Apt. 102
Richfield, MN 55439
952/922-1444 or 6644


John M. Flora, Esq.
EPSTEIN, SANDLER & FLORA, P.C.
413 West York Street
Norfolk, VA, 23510
757/627-8900
*Attorney for Plaintiff/Petitioner*

HUNTER W. SIMS, JR.
KAUFMAN & CANOLES, PC
150 W. MAIN STREET
NORFOLK, VA 23510
attorney for Harlan + Flora, Inc.

**SEEN:**

REFUSED TO SIGN

Diane Westwood Wilson
CONDON & FORSYTH LLP
685 Third Avenue
New York, N.Y. 10017
212/894-6780
*Attorney and Authorized Representative for Defendant FLIGHTLINE, S.L., BUCANAIR, S.L.,
and MUSINI, SOCIEDAD ANÓNIMA DE SEGUROS Y REASEGUROS*

JOANN BROOKS
Daughter of BILLY DWAYNE BROOKS, deceased
814 NW 31st Street, Apt. C
Oklahoma City, OK 73118
405/503-5965


DAVID BROOKS
Son of BILLY DWAYNE BROOKS, deceased.
7600 Penn Avenue, Apt. 102
Richfield, MN 55439
952/922-1444 or 6644


John M. Flora, Esq.
EPSTEIN, SANDLER & FLORA, P.C.
413 West York Street
Norfolk, VA, 23510
757/627-8900
*Attorney for Plaintiff/Petitioner*


**SEEN:**


Diane Westwood Wilson
CONDON & FORSYTH LLP
685 Third Avenue
New York, N.Y. 10017
212/894-6780
*Attorney and Authorized Representative for Defendant FLIGHTLINE, S.L., BUCANAIR, S.L.,
and MUSINI, SOCIEDAD ANÓNIMA DE SEGUROS Y REASEGUROS*


Page 5 of 5

---

JOANN BROOKS
Daughter of BILLY DWAYNE BROOKS, deceased
814 NW 31st Street, Apt. C
Oklahoma City, OK 73118
405/503-5965

---

DAVID BROOKS
Son of BILLY DWAYNE BROOKS, deceased.
7600 Penn Avenue, Apt. 102
Richfield, MN 55439
952/922-1444 or 6644

---

John M. Flora, Esq.
EPSTEIN, SANDLER & FLORA, P.C.
413 West York Street
Norfolk, VA, 23510
757/627-8900
*Attorney for Plaintiff/Petitioner*

**SEEN:**

REFUSED TO SIGN

---

Diane Westwood Wilson
CONDON & FORSYTH LLP
685 Third Avenue
New York, N.Y. 10017
212/894-6780
*Attorney and Authorized Representative for Defendant FLIGHTLINE, S.L., BUCANAIR, S.L.,
and MUSINI, SOCIEDAD ANÓNIMA DE SEGUROS Y REASEGUROS*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing Order Approving Wrongful Death Settlement was served by First Class Mail this 22nd day of November 2004 upon:

> Robert Spohrer, Esq.
> Edward Booth, Jr., Esq.
> SPOHRER WILLNER MAXWELL & MATTHEWS, P.A.
> 701 W. Adams Street
> Jacksonville, Florida 32204
> (904) 354-8310
>
> John Flora, Esq.
> EPSTEIN SANDLER & FLORA, P.C.
> 413 West York Street
> Norfolk, Virginia 23510
> (757) 627-8900
>
> Attorneys for Plaintiff Adrienne Brooks

The addresses designated by the parties for that purpose.

_____
Steven C Rickman