UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

IN RE AIR CRASH NEAR CASTELLON,
SPAIN, ON OCTOBER 10, 2001

MDL DOCKET NO. 1572

Hon. Warren W. Eginton
Hon. Holly B. Fitzsimmons

---

ADRIENNE BROOKS, Individually, on her
own behalf as surviving spouse of BILLY
DWAYNE BROOKS, as Administratrix of the
ESTATE OF BILLY DWAYNE BROOKS, and
on behalf of all interested beneficiaries,
including JOANN BROOKS and DAVID
BROOKS,

                          Plaintiffs,
v.

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL,
LTD., FLIGHTLINE INTERNATIONAL, S.L.,
foreign corporations, AFROSPANIA AIR LINK,
LTD., a foreign corporation, AFROSPANIA
LOGISTICS, INC., a Texas corporation, and
ROBERT LOVELESS,

                          Defendants.

THIS DOCUMENT RELATES
Case No. 3:02CV2275 (WWE)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above entitled action, by and through their undersigned counsel, that the within action is dismissed in its entirety with prejudice and without costs and that an Order may be entered to that effect.

Dated: November  , 2004.

CONDON & FORSYTH LLP

By _____
Diane Westwood Wilson
685 Third Avenue
New York, New York 10017
(212) 490-9100

Attorneys for Defendant FLIGHTLINE, S.L., improperly sued herein as VIAJES FLIGHTLINE, S.L., FLIGHTLINE, LTD., FLIGHTLINE INTERNATIONAL, LTD. and FLIGHTLINE INTERNATIONAL, S.L.

SPOHRER WILLNER MAXWELL & MATTHEWS, P.A.

By _____
Robert F. Spohrer
701 W. Adams Street
Jacksonville, Florida 32204
(904) 354-8310

Attorneys for Plaintiffs

-and-

EPSTEIN SANDLER & FLORA, P.C.
John M. Flora
413 West York Street
Norfolk, Virginia 23510
(757) 627-8900

SO ORDERED:

_____
Hon. Holly B. Fitzsimmons